ANNA YANNOTTA et al., Respondents, v. CHARLES E. MCDONNELL et al., Appellants.—

No opinion. Present— Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

## (October 23, 1942.)

SAM FEUER, Appellant, v. MARGUERITE WALWORTH, Respondent.—

We are of opinion that under the circumstances here presented the plaintiff is entitled to an early trial. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

## (October 26, 1942.)

ELAINE ALEXANDER, as Administratrix de bonis non of FELIX ARNDT, Deceased, Respondent, v. SAM FOX et al., Doing Business under the Firm Name of SAM FOX PUBLISHING COMPANY, Appellants.—

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

ADOLPH APTON, also Known as ABRAHAM APTOWITZER, Appellant, v. BARCLAYS BANK LIMITED, Respondent.—

No opinion. Present—Hagarty, Johnston, Adel, Taylor and Close, JJ.

THOMAS J. BERGIN, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.

No opinion. Present—Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

JULIUS B. CHANIN, Respondent, v. A. DAVIS & SONS, INC., et al., Appellants.

No opinion. Hagarty, Johnston, Adel, Taylor and Close, JJ., concur.